AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FRANK AVILA

V.

WELLS FARGO BANK, N.A., BANK OF AMERICA N.A. SUCCESSOR IN INTEREST TO WILSHIRE CREDIT CORPORATION; SETERUS, INC., F/K/A IBM LENDER BUSIENSS PROCESS SERVICES, INC.

CASE NUMBER: 1:14-cv-08603

ASSIGNED JUDGE: Sharon Johnson Coleman

DESIGNATED MAGISTRATE JUDGE: Mary M. Rowland

TO: (Name and address of Defendant)

Wells Fargo, N.A.
420 Montgomery Street
San Francisco, CA 94104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr.
1525 E. 53rd Street, Ste. 832
Chicago, IL 60615

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/_ 

(By) DEPUTY CLERK



October 31, 2014

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | NOVEMBER 3, 2014 @ 1:30 PM |
| NAME OF SERVER *(PRINT)* PETER WITH | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 464 CALIFORNIA ST, BSMT, SAN FRANCISCO, CA 94104 - LEFT WITH TSERING CHOEDON - TELLER AUTH. TO ACCEPT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | $75.00 | TOTAL | $75.00 |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/5/2014
 Date

Signature of Server
PETER WITH

828 FRANKLIN ST #802, SAN FRANCISCO, CA 94102
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| AL HOFELD, JR,<br>LAW OFFICES OF AL HOFELD, JR., LLC.<br>1525 EAST 53RD STREET, STE 832<br>CHICAGO, IL 60615 | (773) 241-5844 | |
| ATTORNEY FOR (Name): | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

IN THE UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF: FRANK AVILA

DEFENDANT: WELLS FARGO BANK, N.A.

**PROOF OF SERVICE**

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 1:14-CV-08603 |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons & Complaint

ON: WELLS FARGO BANK, N.A.

AT: 464 CALIFORNIA ST, BSMT
SAN FRANCISCO, CA 94104
(BUSINESS)

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
TSERING CHOEDON - VAULT TELLER - PERSON AUTHORIZED TO ACCEPT SERVICE

ON: November 3, 2014
AT: 01:30 pm

Registered California process server.
Registration No.: 303
County: San Francisco
ProServicePlus
828 Franklin St
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 5, 2014 at San Francisco, California.

Signature: _____

Peter With

14-85126/BProof39